| | |
|---|---|
| 1 | Joel P. Kelly, Esq. (State Bar No. 100716) |
| | Nicole G. Minkow, Esq. (State Bar No. 190444) |
| 2 | Samantha N. Hoffman, Esq. (State Bar No. 212135) |
| | JACKSON LEWIS LLP |
| 3 | 725 South Figueroa Street, Suite 2500 |
| | Los Angeles, California 90017-5408 |
| 4 | Telephone: (213) 689-0404 |
| | Facsimile: (213) 689-0430 |
| 5 | Email: KellyJ@jacksonlewis.com |
| | Email: MinkowN@jacksonlewis.com |
| 6 | Email: HoffmanS@jacksonlewis.com |

Elwood Lui (State Bar No. 45538)
Harry I. Johnson (State Bar No. 200257)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: elui@jonesday.com
Email:hijohnson@jonesday.com

Attorneys for Defendant
MACY'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HICKS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MACY'S DEPARTMENT STORES, INC., and DOES 1 through 25, inclusive, <br><br> Defendant. | CASE NO.: C06-02345 CRB <br><br> **STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** <br><br> Complaint Filed: April 4, 2006 |

1                                                          C06-02345 CRB

STIPULATION RE: EXTENSION OF TIME TO FILE RESPONSIVE
PLEADING TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff JOHN HICKS ("Plaintiff") and counsel for Defendant MACY'S DEPARTMENT STORE'S INC., ("Defendant"), that, pursuant to United States District Court, Northern District of California, Civil Local Rule 6-1, Defendants shall have an extension of time to file a responsive pleading, up to and including **May 12, 2006**.

Pursuant to Civil L.R. 6-1(a), a stipulation extending the time within which to answer or otherwise respond to the initial complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order, need not be approved by the judge, but shall be filed.

Dated: May 2, 2006

JACKSON LEWIS LLP

By: _____
Joel P. Kelly
Nicole G. Minkow
Samantha N. Hoffman

Attorneys for Defendant
MACY'S DEPARTMENT STORES, INC.

Dated: May 2, 2006

SCOTT COLE & ASSOCIATES

By: _____
Scott Cole
Matthew R. Bainer
Attorneys for Plaintiff, John Hicks

May 5, 2006



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA